UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRENT OUELLETTE | No. 2:25-mj-00033-KFW |

**AFFIDAVIT OF SPECIAL AGENT LAURA MACRORIE
IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Special Agent Laura Macrorie, being duly sworn, hereby state the following:

1. I am currently employed as a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2020. I have received twenty-one weeks of formal training in investigative techniques at the FBI Academy in Quantico, Virginia. I also have received training from the FBI Cyber Division in basic networking, mobile communications, analysis of digital records, social media, cloud communications, email tracing, and other cyber investigative skills.

2. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to computer-system intrusions, internet fraud, and cyberstalking, including but not limited to violations of 18 U.S.C. §§ 2261A(2).

**STATUTORY AUTHORITY**

3. 18 U.S.C. §§ 2261A(2)(B) prohibits a person from using any facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause, substantial emotion distress to a person, with the intent to injure, harass, or intimidate that person. The term "course of conduct" is defined as a "pattern of conduct composed of 2 or more acts, evidencing a continuity of purpose." 18 U.S.C. § 2266(2).

## PURPOSE OF AFFIDAVIT

4.  I make this affidavit in support of a criminal complaint charging BRENT ROBERT OUELLETTE ("OUELLETTE")[1] (DOB XX/XX/1992), of Auburn, Maine, with cyberstalking, in violation of 18 U.S.C. § 2261A(2)(B) (the "Target Offense").

5.  The statements contained in this affidavit are based in part on information provided and written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of subpoenas and other records; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training, and background as a Special Agent with the FBI.

## STATEMENT OF PROBABLE CAUSE

**A. Background**

6.  On August 12, 2021, a then 22-year-old woman and resident of Maine (hereinafter, "the Victim") reported to the Lincoln County Sheriff's Office (LCSO) in Maine that sexually explicit images of her had been posted online without her consent, causing her substantial emotion distress. The Victim had received messages the previous day on the social media platform Instagram[2] from username "zainaanakhjevani" (display name Zaina Nakhjevani) stating that nude images of the Victim were being posted "everywhere," including on Instagram, Google, and Snapchat, by someone associated with the username "caseysgonefishing" (display name Casey Smith). Instagram username zainaanakhjevani sent the Victim two sexually explicit images, one of which appeared to

---

[1] OUELLETTE is also known as Brent Robert Lacombe.

[2] Instagram, owned by Meta Platforms, Inc. (Meta), is an internet-based photo and video sharing social networking service that allows users to upload media and send messages to other accounts. I have confirmed that Meta does not maintain any data centers in the state of Maine.

2

display a video, that the Victim confirmed were of her.³ Username zainaanakhjevani also sent the Victim a link that was supposed to take her to a website where she could view the photos. When the Victim clicked the link that "Zaina" sent her (https://92b3b2a5ad80.ngrok.io), it appeared to be a login page for Instagram. The Victim entered her account login information when prompted; however, the Victim was unable to access the photos. A screenshot of the messages between the Victim and the Instagram user zainaanakhjevani, as well as the purported link for the Victim to access the sexually explicit photos on Instagram, is displayed below:



---

³ As more fully described below, we believe that "Zaina Nakhjevani" was not actually a concerned citizen but was in fact the target of this investigation, BRENT OUELLETTE, posing as a woman named Zaina Nakhjevani.

7. As is visible in the above screenshot, the purported link to Instagram sent by "Zaina" to the Victim is a "ngrok.io" URL. [N]grok is a software company that offers, among other things, tools used by developers to test a website's functionality. Specifically, ngrok creates a secure URL that forwards anyone that clicks the link to the local machine hosting the website. Based on my training and experience, conversations with other law enforcement officers, as well as assessments by cybersecurity experts, I know that ngrok has been leveraged by threat actors in various types of campaigns targeting victim data (such as usernames and passwords), including phishing campaigns against unsuspecting victims who believe they are accessing a legitimate website.

8. At the encouragement of "Zaina" (who told the Victim to "[j]ust do what he wants and then he'll leave you alone"), the Victim engaged with the person using the Instagram account caseysgonefishing over Instagram direct message. During the course of the conversation, the person using the caseysgonefishing account posted at least six images of the Victim and stated: "*Told you I was already on it don't trust me lmao[4] yeah ok I could of destroyed you hours ago and chose not too.* (*sic*)" The user of the caseysgonefishing Instagram account also threatened to send all the images they had of the Victim to all of her followers if she did not give him access to more photos, saying: "*I want to save the rest of the pics I want so I can jerk off to you. Or I can send what I have to all your followers. You can choose.*" Below are some other relevant messages username caseysgonefishing sent to the Victim in this exchange:

- *"I hacked one of your friends"* and *"Log on to her snap and insta with me and blasts all of her shit"*

---

[4] "lmao" is shorthand slang for "laughing my ass off."

4

- *"But ill just sent (sic) them to everyone idc⁵"*

- *"idc about you / No one does"* and *"If you died tomorrow no one would care"*

9.     During the conversation with username caseysgonefishing, the Victim repeatedly asked that he stop posting sexually explicit photos of her.

10.    Earlier that same day, August 11, 2021, the Victim was also contacted by another Instagram account with username "aliayahgallanet."⁶ Username aliayahgallanet told the Victim that "some guy" had posted photos of her "on Google share" and went on to describe photos of the Victim that the Victim was familiar with. Username aliayahgallanet sent the Victim a link (http://17cc15fe3f45.ngrok.io/) that was supposed to take her to where she could view one of the photos, but the Victim was unable to see any images after she clicked on the link.⁷ Username aliayahgallanet told the Victim that she had also seen a Snapchat account with the username "[Victim first name]onmydick" and a display name "[Victim first name] [Victim middle name] Slut" online. Username aliayahgallanet sent the Victim the following screenshot from this Snapchat account:

---

⁵ "idc" is shorthand slang for "I don't care."

⁶ For the reasons more fully explained hereinafter, I believe that BRENT OUELLETTE was in fact "Aliayah Gallanet."

⁷ Once again, OUELLETTE sent the Victim a link that originated from ngrok and was a phishing link designed to capture the Victim's login credentials.



**B.     Identification of OUELLETTE**

11.    After the Victim told the LCSO about her interactions with Instagram username caseysgonefishing, the LCSO served a search warrant on Instagram and was able to identify several IP addresses associated with the account, including the IP addresses 74.75.23.253 and 2603:7080:c43f:ef98:8dfb:31f6:a0a5:4e5c, which were used to log into the caseysgonefishing account between August 12 and August 13, 2021. Legal returns from Charter/Spectrum provided XX[8] Northern Avenue Heights, Apartment 12, Auburn, Maine as the residential address where the IP addresses were assigned, along

---

[8] I have omitted the street number to protect OUELLETTE's privacy interests.

with the subscriber information: BRENT OUELLETTE (OUELLETTE), telephone number 207-312-2524, and email address brent.r.ouellette@gmail.com.

12. According to Charter/Spectrum, the IP address 74.75.23.253 was assigned to the above account between March 26, 2021, and approximately September 2, 2021. The IP address 2603:7080:c43f:ef98:8dfb:31f6:a0a5:4e5c was assigned to the above account between May 7, 2021, and approximately September 5, 2021 (i.e., during the relevant time period).

13. Instagram records for the caseysgonefishing account also indicated the account was registered on June 15, 2020, from IP address 67.242.58.9. Further investigation revealed that this same IP address was utilized by numerous other accounts associated with OUELLETTE between March and December 2020. The associated accounts included a Venmo account on which OUELLETTE made payments to his mother, a Coinbase account verified with OUELLETTE's driver's license and image, and a Snapchat account in OUELLETTE's true name and phone number.

14. On November 2, 2021, the LCSO executed a search warrant at OUELLETTE's residence in Auburn, Maine and OUELLETTE agreed to talk to law enforcement. OUELLETTE denied using or creating an Instagram account with username caseysgonefishing or Casey Smith. OUELLETTE further stated he did not have any social media accounts at all and had not had any social media for three years. Finally, OUELLETTE admitted that he was aware of who the Victim was and what she did for a living. During the execution of the search warrant, LCSO seized a Samsung Galaxy S9 cell phone that OUELLETTE identified as his and was located in a drawer of his bedside nightstand.

C.     **OUELLETTE's Use of Phishing Software Tools**

15.    In their direct message exchange in August 2021, OUELLETTE, using the caseysgonefishing Instagram account, told the Victim: "*I have alot (sic) of logins not just you.*" Based on the evidence obtained during this investigation, it appears that OUELLETTE obtained not just the Victim's login credentials, but the login credentials of other potential victims as well.

16.    For instance, OUELLETTE's phone contained evidence that OUELLETTE used a program called "Zphisher" to illegally obtain login credentials (i.e., usernames and passwords) from other individuals. Screenshots depicting the Zphisher program, as well as Termux, which is the application used to run the Zphisher program, were present on OUELLETTE's phone. Zphisher is used to create links that, once clicked, emulate login screens from known social media companies and email providers.[9] Once the targeted victim enters their username or email and password into the login prompt, the credentials are captured and stored in a text file accessible to the person who provided the link. These stolen credentials can be used to get into the account provided and possibly other accounts that use the same or similar login information.

17.    During the review of OUELLETTE'S device, FBI agents observed screenshots of an Android mobile device which appeared to depict the Zphisher program and displayed at least three other women's login credentials.

---

[9] Based on my training, experience, and open source research, the Zphisher, Blackeye, and other phishing tools tend to utilize the ngrok service to generate phishing links.

18.     Furthermore, the FBI also found image files showing a computer screen which appeared to depict the Kali Linux[10] operating system and a terminal displaying an output from a program similar to Zphisher called "Blackeye." These screenshots displayed at least eight different account credentials. Notably, one set of credentials belonged to the Victim, who told the FBI that these were the credentials she used for most or all of her accounts in August 2021.

19.     The screenshot described above displayed only a partial image of the computer screen, but the following text was visible: "[s]tarting ngrok server…" and "[s]end this link to the Victim: https://17c", which matches the beginning of the ngrok link sent to the Victim by Instagram username aliayahgallanet and is described in Paragraph 10 above:

```
tarting php server...
tarting ngrok server...
end this link to the Victim: https://17c
aiting victim open the link ...

P Found!
ictim IP: 2a03:2880:21ff:a::face:b00c
ser-Agent: User-Agent: facebookexternalh
aved: google/saved.ip.txt

aiting credentials ...

redentials Found!
ccount:                    .com
assword:
aved: sites/google/saved.usernames.txt

kali@kali)-[~/blackeye]
```

---

[10] Kali Linux is an operating system commonly used for digital forensics and penetration testing of networks or computers. However, cyber criminals will also utilize Kali Linux because it comes pre-installed with hacking tools.

### D. Further Evidence Connecting OUELLETTE to Cyberstalking of the Victim

20. Instagram search warrant returns for the caseysgonefishing account showed the account contained three videos of the Victim, two of which appeared to be video clips from the same event involving the Victim in a sexual act. The full sexually explicit video of the Victim from which the two clips appeared to be derived, the third video of the Victim, and the six images the caseysgonefishing account posted of the Victim on Instagram were present on OUELLETTE's Samsung S9 device. The full sexually explicit video of the Victim also matches the image depicting a video that the Victim was sent by the zainaanakhjevani Instagram account, thus further tying OUELLETTE to the "Casey" and "Zaina" personas.

21. Although Instagram records were not available for the zainaanakhjevani account (because it had been deleted), OUELLETTE's device did contain a screenshot of an email from Instagram to zainaahluwalia@yahoo.com regarding the "zainaanakhjevani" account, indicating the account was associated with that Yahoo email. According to records from Yahoo, the zainaahluwalia@yahoo.com account was created on January 9, 2020, and listed OUELLETTE's cell phone number as the recovery phone number. The email account's registration IP address was 172.101.30.230, which was an IP address that was utilized by several other accounts tied to OUELLETTE, including Coinbase, Mega,[11] and an Instagram account registered with an email accessed from OUELLETTE's Samsung device.[12]

22. OUELLETTE's Samsung device model was SM-G96OU, and was the same model that, according to Instagram records, logged into the Victim's Instagram account on August 11, 2021 by US Cellular-provided IP address 166.181.82.68. According to records

---

[11] Mega is an end-to-end encrypted file hosting service offered by Mega Cloud Services Limited, a company based in Auckland, New Zealand. Users can share files by creating a link to those files. The Mega account in question was associated with brentlacombe@gmail.com.

[12] This email, jadeprice1217@gmail.com, was one of approximately five email accounts logged into from OUELLETTE's Samsung S9. The other accounts included brent.r.ouellette@gmail.com, brentlacombe@gmail.com, zainaanakhjevani@gmail.com, and jennwill1217@gmail.com.

from US Cellular, OUELLETTE had been a US Cellular subscriber since March 2018. Notably, the [Victim first name]onmydick Snapchat account was registered on the same day, August 11, 2021, utilizing the same IP address, 166.181.82.68. Finally, the same screenshot of the [Victim first name]onmydick account that was sent to the Victim and is depicted in Paragraph 10 above was found in OUELLETTE's Samsung device, thus further tying him to the "Aliayah" persona.

23. The content on OUELLETTE's device revealed other evidence, including:

   a. An application that allows users to run multiple accounts on the same social media platform and screen recordings showing OUELLETTE switching among accounts on the same platform;

   b. Screenshots and screen recordings depicting various Snapchat accounts purporting to be female, I believe to be controlled by OUELLETTE, engaging with various women online, including the Victim. Many of these interactions involved the women sending OUELLETTE nude or semi-nude images;

   c. Numerous applications associated with downloading images and videos from Instagram as well as applications for editing images and videos; and

   d. The profile photo used by the caseysgonefishing Instagram account and the screenshot sent to the Victim by the zainaanakhjevani Instagram account displaying the caseysgonefishing account's profile; and

   e. Numerous screenshots of accounts associated with the woman whose image was used for the aliayahgallanet Instagram account.[13]

---

[13] The identity of this woman is known to the FBI.

24. During the course of this investigation, I obtained a number of federal search warrants for the content of several email accounts linked to OUELLETTE and/or the harassment of the Victim. One such account is the brent.r.ouellette@gmail.com Google account. Notably, the brent.r.ouellette@gmail.com account contained over 220 images and 40 videos of the woman whose image he used for the "Zaina" persona.[14]

25. Other relevant information found in OUELLETTE's Google accounts included:

   a. Emails from a social media platform addressing the user of the associated account as some variation of "Aliayah";

   b. Emails pertaining to a Dropbox account associated with zainaanakhjevani@gmail.com, which contained numerous nude, semi-nude, or sexually explicit images and videos of various women, including one of the women whose credentials were depicted in a Zphisher screenshot found on OUELLETTE's Samsung device (see Paragraph 16); and

   c. Emails from the software company ngrok, which was the type of phishing link sent to victims from the Zphisher and Blackeye phishing programs. Records from ngrok showed OUELLETTE registered an account on August 10, 2021, which was the day before Instagram username aliayahgallanet contacted the Victim on Instagram and sent her a phishing link purporting to give the Victim access to her photos.

---

[14] This woman, who the FBI identified and interviewed in 2024, told the investigators she became aware of an Instagram account with the username zainaanakhjevani that was using her images in 2021. A screen recording she took of the account matched screenshots of the zainaanakhjevani found in OUELLETTE's Samsung device.

26. Finally, OUELLETTE's Google accounts and his Samsung device also revealed artifacts such as screenshots, searches, or web history associated with various websites or threads advertising "leaked" content, that is, sensitive images and videos stolen and posted anonymously.[15]

## CONCLUSION

27. Based on all of the foregoing, I submit that there is probable cause to believe that beginning on a date unknown and continuing until on about August 12, 2021, in the District of Maine, **BRENT OUELLETTE**, with the intent to injure, harass, and intimidate another person, namely the Victim, used facilities of interstate or foreign commerce, including electronic cellular telephone networks, to engage in a course of conduct that caused, or would be reasonably expected to cause, substantial emotional distress to the Victim, in violation of Title 18, United States Code, Section 2261A(2)(B). Sworn to under the pains and penalties of perjury.

LAURA MACRORIE
Special Agent, Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jan 24 2025

City and state: Portland, Maine

_Judge's signature_

Karen Frink Wolf, U.S. Magistrate Judge
_Printed name and title_

---

[15] For example, web activity showed numerous searches for women's names coupled with "leak", a Discord invitation URL titled "LEAK ZONE" dated August 6, 2021, and linked OUELLETTE's device to websites such as LeakedBB and cumonprintedpics.com, two websites known to the FBI in similar investigations to host sensitive content of victims posted by anonymous users.